[No. 32782-5-III.   Division Three.   November 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEL
PEREZ-MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50543-5, Cameron Mitchell, J., entered September 2, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 69814-1-I.   Division One.   November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AENOY PHASAY,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02812-5, Lori Kay Smith, J., entered January 10, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.

[No. 70868-6-I.   Division One.   November 16, 2015.]

GENE ALFRED PALMER II, *Appellant*, v. ANDY LEE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-42278-0, Andrea A. Darvas, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Trickey, JJ.

[No. 71050-8-I.   Division One.   November 16, 2015.]

THE ESTATE OF ROBERT M. ARNOLD, *Respondent*, v. MARK
PHILLIPS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10227-2, John P. Erlick, J., entered September 26, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.